# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOY JONES

NO. 2020 KW 0814

**NOVEMBER 19, 2020**

---

In Re:   Joy Jones, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-17-0184.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

> **JMM**
> **GH**
> **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT